**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDYS LINAREZ NAJERA, | ) | CASE NO. CV 13-03761 PSG (RZ) |
|         Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|   vs. | ) ) | |
| WARDEN, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 30, 2013

                                        PHILIP S. GUTIERREZ
                                   UNITED STATES DISTRICT JUDGE