**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDYS LINAREZ NAJERA,<br><br>        Petitioner,<br><br>    vs.<br><br>WARDEN,<br><br>        Respondent. | CASE NO. CV 13-03761 PSG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of EDDYS LINAREZ NAJERA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 30, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE